THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.*
JOHN F. EVANS, Appellant.*

(Argued June 15, 1894; decided June 22, 1894.)

APPEAL from judgment of the General Term of the
Supreme Court in the first judicial department, entered upon
an order made May 12, 1893, which affirmed a judgment
of the Court of General Sessions of the Peace of the city and
county of New York entered upon a verdict convicting
defendant of the crime of grand larceny in the first degree.

*Charles O. Maas* for appellant.

*John D. Lindsay* for respondent.

Agree to affirm on opinion below.
All concur.
Judgment affirmed.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.*
MATTHEW F. DAILEY, Appellant.†

(Argued June 15, 1894; decided June 22, 1894.)

APPEAL from judgment of the General Term of the
Supreme Court in the first judicial department, entered upon
an order made November 20, 1893, which affirmed a judg-
ment of the Court of Oyer and Terminer of the city and
county of New York entered upon a verdict convicting
defendant of the crime of assault in the third degree.

*William F. Howe* for appellant.

*John D. Lindsay* for respondent.

Agree to affirm on opinion below.
All concur.
Judgment affirmed.

---

* Reported below, 69 Hun, 222.     † Reported below, 73 Hun, 16.